UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
ORLANDO QUINTERO                                      Case No.:13-32283-RAM
ANGELITA QUINTERO                                     Chapter 13

      Debtors.
_____/

### DEBTOR'S MOTION TO REOPEN CASE FOR LIMITED PURPOSE OF PROSECUTING DEBTOR'S MOTION FOR SANCTIONS, DAMAGES, AND ATTORNEY'S FEES AGAINST JPMORGAN CHASE BANK, N.A. PURSUANT TO 11 U.S.C. §524(a) FOR VIOLATIONS OF DISCHARGE INJUNCTION, MOTION TO ENFORCE THE ORDER GRANTING DEBTORS' MOTION TO DETERMINE VALUE [ECF 28]

COME(S) NOW the Debtor, ANGELITA QUINTERO, by and through the undersigned attorney, and moves this court reopen the case for the purpose of prosecuting the Motion for Sanctions and Attorney's Fees Against JPMorgan Chase Bank, N.A. pursuant to 11 U.S.C. § 524(a) for Violation of the Discharge Injunction and Motion to Enforce Order Granting Debtors' Motion to Determine Value [ECF 28] and would state as follows:

1.    The Debtor filed a Chapter 13 bankruptcy on September 18, 2013.

2.    The Debtor listed in her schedules the secured creditor, Chase, as a mortgage creditor for the Debtor's homestead property [Schedule D of ECF 1].

3.    On November 8, 2013, the Debtor filed a Motion to Value and Determine Secured Status of Lien on Real Property held by JPMorgan Chase Bank, N.A. [ECF 22].

4.    On December 18, 2013, the Court entered an Order granting the Motion to Value and Determine Secured Status of Lien on Real Property held by JPMorgan Chase Bank, N.A. [ECF 28]. The mortgage was "stripped" in the chapter 13 plan pursuant the Order.

5.    The Order granting the Motion to Value and Determine Secured Status of Lien on

Real Property held by JPMorgan Chase Bank, N.A. [ECF 28] explicitly stated in paragraph:

> "...Lender's mortgage recorded 4/12/2004 at OR BOOK 22198, Page 4888 of the official records of Miami-Dade County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case."

6. The Order also stated in paragraph 6 that, "Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case."

7. On February 1, 2017, the Debtor received her Order of Discharge [ECF 71].

8. The Debtor seek to file a Motion for Sanctions and Attorney's Fees Against JPMorgan Chase Bank, N.A. pursuant to 11 U.S.C. § 524(a) for Violation of the Discharge Injunction and Motion to Enforce the Order Granting Debtor's Motion to Determine Value.

9. The Debtor requests that this case be re-opened for the limited purpose of prosecuting the motions.

WHEREFORE, the Debtor(s) pray that this court reopen the case limited purpose of prosecuting the Motion for Sanctions and Attorney's Fees Against NationStar Mortgage, LLC pursuant to 11 U.S.C. § 524(a) for Violation of the Discharge Injunction and Motion to Enforce Order Granting Debtors' Motion to Determine Value [ECF 28], and grant the Debtors such other and further relief as appears just and proper.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served in the manner described below, on  July 7, 2017 , upon:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

Via CM/ECF:

Thomas C Cifelli on behalf of Creditor Altair OH XIII, LLC
thomasc@w-legal.com, teresap@w-legal.com

James B Flanigan on behalf of Creditor World Omni Financial Corp.
jbf@trippscott.com, bankruptcy@trippscott.com

Jennifer L Morando on behalf of Creditor Bank of the West
jmorando@therosenthallaw.com, jennifer@therosenthallaw.com

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Mitchell J. Nowack, Esq. on behalf of Debtor Orlando A. Quintero
ecf@nowackolson.com, mjnmyecfmail@gmail.com;tabitha@nowackolson.com

Mitchell J. Nowack, Esq. on behalf of Joint Debtor Angelita M. Quintero
ecf@nowackolson.com, mjnmyecfmail@gmail.com;tabitha@nowackolson.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Steven W Schabacker on behalf of Creditor JPMorgan Chase Bank NA
sschabacker@wargofrench.com, flservice1@wargofrench.com

Scott R. Weiss, Esq on behalf of Creditor JPMorgan Chase Bank NA
scott.weiss@clegalgroup.com, bankruptcy@clegalgroup.com

Via US Mail:

JPMorgan Chase Bank, N.A.
Attn: Correspondence Mail
700 Kansas Lane
Monroe, LA 71203

Chase Mortgage

P.O. Box 24696

Columbus, OH 43224

JPMorgan Chase Bank, N.A.

270 Park Avenue

New York, NY 10017-2014

**FIVE LAKES AGENCY, INC**

C/O CORPORATION SERVICE COMPANY

1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

<u>Via Certified Mail</u>:
**JPMORGAN CHASE BANK, N.A.**
Attn: Jamie Dimon, President/CEO or
current officer
1111 POLARIS PARKWAY
COLUMBUS, OH 43240

*Law Offices of*
NOWACK & OLSON, PLLC
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

<u>/s/ Mitchell J. Nowack</u>
MITCHELL J. NOWACK, ESQ.
Florida Bar Number: 099661